UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10812-SPG-AGR | Date | December 3, 2025 |
| Title | Robert Azizi v. Tesla, Inc., et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUESTS FOR DISMISSAL [ECF NOS. 29, 32]**

Before the Court are Plaintiff's requests for dismissal pursuant to Rule 41(a)(2). (ECF No. 29, 32). Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." On November 14, 2025, the Court issued an order indicating that it intended to grant Plaintiff's request for dismissal unless Defendant filed an opposition within 7 days. Defendant has not opposed the request for dismissal. Accordingly, the Court GRANTS Plaintiff's request for dismissal and ORDERS that this action be dismissed with prejudice. [JS-6].

**IT IS SO ORDERED.**

                                                                                    Initials of Preparer   pg